**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01392-LTB-MJW

JD PARKER CONSTRUCTION, INC., a Colorado corporation,
ELIZABETH S. LANDEN, trustee of the Elizabeth S. Landen Trust, and
GERALD C. LANDEN, Trustee of the Gerald C. Landen Family Living Trust,

      Plaintiffs,

v.

EASTERN EQUITY PARTNERS, LTD., a Texas corporation,
L'EQUIPE CAPITAL INVESTMENTS, 110707-1, INC., a Florida corporation,
JEHANG RAJA a/ik/a JAY RAJA,

      Defendants.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal of L'Equipe Capital Investments, 110707-1, Inc. (Doc 15 - filed September 24, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED as to Defendant L'Equipe Capital Investments, 110707-1, Inc. only**, each party to pay their own fees and costs.

                          BY THE COURT:

                            s/Lewis T. Babcock
                            Lewis T. Babcock, Judge

DATED:   September 25, 2008