IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01392-LTB-MJW

JD PARKER CONSTRUCTION, INC. a Colorado corporation,
ELIZABETH S. LANDEN AND GERALD C. LANDEN,
Trustees of the Landen Family Living Trust

      Plaintiffs,

v.

EASTERN EQUITY PARTNERS, L.L.C., a Texas corporation,
L'EQUIPE CAPITAL INVESTMENTS, 110707-1, INC., a Florida corporation,
JEHANGER RAJA, a/k/a JAY RAJA

      Defendants.

## ORDER GRANTING PLAINTIFFS' REQUEST FOR WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION AS SUPPORTED BY AFFIDAVIT AND REQUEST FOR EXPEDITED HEARING (Docket No. 30)

THE COURT, having reviewed Plaintiffs' Request for Withdrawal of Motion for Preliminary Injunction as Supported by Affidavit and Request for Expedited Hearing and the attached sworn affidavit of Defendant Jay Raja;

Based upon Plaintiffs' Motion and Defendants' Affidavit, the Court GRANTS said Motion. The expedited hearing on Plaintiffs' Motion for Preliminary Injunction as Supported by Affidavit, currently set for October 27, 2008, is hereby vacated. And Plaintiffs' Verified Motion For Preliminary Injunction As Supported by Affidavit And Request For Expedited Hearing (Docket No. 22) is withdrawn.

SIGNED this 24th day of October, 2008.

BY THE COURT:

*[signature]*

~~U.S. District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO