IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 08-cv-01392-LTB-MJW

JD PARKER CONSTRUCTION, INC., a Colorado corporation; and
ELIZABETH S. LANDEN AND GERALD C. LANDEN, Trustees of the Landen Family Living Trust,

    Plaintiffs,

v.

EASTERN EQUITY PARTNERS, L.L.C., a Texas corporation; and
JEHANGER RAJA a/k/a JAY RAJA,

    Defendants.

___

ORDER
___

This case is before me on the recommendation of the Magistrate Judge issued and served on June 3, 2011 (Doc 41).  Plaintiffs have failed to file specific written objections to the Magistrate Judge's recommendation and are therefore barred from *de novo* review.  Accordingly, it is

ORDERED that the recommendation is accepted and this action is DISMISSED based upon Plaintiffs' failure to prosecute this action, and with respect to Plaintiff JD Parker Construction, Inc., the case alternatively is DISMISSED based upon that corporate Plaintiff's failure to retain counsel.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          LEWIS T. BABCOCK, JUDGE

DATED: June 21, 2011